Richard Johnson (*Pro Se*)
P.O. Box 1085
Los Gatos, CA 95031
Telephone: (669) 223-8120
Facsimile: (408) 356-6698
E-mail: ADAflagged@gmail.com

RECEIVED

FEB 25 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD MICHAEL HARRISON. *dba* Michael's on Main, *et al.*,<br><br>Defendants. | **Case No.:** 5:18-CV-07713-EJD<br><br><br>**PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE (L.R. 7-11); (PROPOSED) ORDER**<br><br>Honorable Susan Van Keulen |

**WHEREAS**, on December 25, 2018, Plaintiff Richard Johnson ("Plaintiff"), by and through his attorney Daniel Malakauskas, filed his complaint alleging violations of Title III of the Americans with Disabilities Act of 1990 ("ADA") and related California accessibility laws (*see* Docket No. 1).

**WHEREAS**, on December 26, 2018, the Court issued its Initial Case Management Scheduling Order which required that all Defendants be served with Plaintiff's complaint by February 25, 2019 (Docket No. 5).

**WHEREAS**, on February 20, 2019, Plaintiff substituted himself (*Pro Se*) for his former counsel Daniel Malakauskas until such time that he can find counsel to represent him, if necessary (Docket No. 7).

1

BY FAX

**WHEREAS,** Defendants Richard Michael Harrison dba Michael's On Main, Colleen Ann Mulholand Harrison dba Michael's on Main, and Holiday Corners LLC (collectively hereinafter "Defendants") have not yet been served with Plaintiff's Complaint.

**WHEREAS,** following his substitution of counsel, Plaintiff (*Pro Se*) has diligently attempted to serve Defendants by contacting and engaging a process server and the complaint is currently out for service on Defendants.

**WHEREAS,** Plaintiff (*Pro Se*) needs additional time to effectuate such service in order to pursue his claims against Defendants for injunctive and other relief and would be harmed if not allowed additional time for such service.

**NOW, THEREFORE,** for the reasons set forth above, Plaintiff (*Pro Se*) respectfully requests that he be given to and including March 26, 2019 to serve Defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure.

Dated: February 22, 2019                    RICHARD JOHNSON (*PRO SE*)

By: _____
RICHARD JOHNSON (*PRO SE*)

2

## ORDER

Upon request of Plaintiff (*Pro Se*) for administrative relief and good cause appearing, **IT IS ORDERED** that the Initial Case Management Scheduling Order filed December 26, 2019 (Docket No. 5) is amended to continue the last day to serve Defendants Richard Michael Harrison dba Michael's On Main, Colleen Ann Mulholand Harrison dba Michael's on Main, and Holiday Corners LLC from February 25, 2019 through March 26, 2019.

IT IS SO ORDERED.

Dated: 2/28/2019

~~Honorable Magistrate Judge~~
~~Susan Van Keulen~~
U.S. District Judge
Edward J. Davila